### CARTER *v.* GARRETT.

The Supreme Court will not reverse a judgment sustaining a petition for certiorari and ordering a new trial, when it appears that the verdict complained of was founded on conflicting testimony, and the sufficiency of the evidence to sustain it was properly brought under review by such petition.

Submitted May 1, — Decided June 6, 1902.

Certiorari. Before Judge Estes. Habersham superior court. September 7, 1901.

*J. C. Edwards* and *J. R. Grant,* for plaintiff in error.
*Robert McMillan,* contra.

LUMPKIN, P. J. This case was here at the March term, 1901. It then appeared that the only question presented by a certiorari sued out by Garrett was whether or not the verdict therein complained of was warranted by the evidence adduced on the trial of the case in a magistrate's court, and that the trial judge did not, as he should have done, pass upon this question. The judgment was accordingly reversed, with direction that his honor do so at

the next hearing. See 113 *Ga.* 1058. The case again came on for trial at the September term, 1901, of the superior court, and the presiding judge then dealt with it upon its merits and entered a judgment sustaining the certiorari. To this judgment Carter excepted. As the evidence was decidedly conflicting, and certainly did not demand the verdict of which Garrett complained, we hold without hesitation that there was no abuse of discretion in giving this direction to the case.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*